IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| INTERNATIONAL MUFFLER COMPANY d/b/a MAREMONT EXHAUST PRODUCTS, ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CASE NO. 3:07-CV-123 |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO DISTRICT LODGE NO. 711 AND LOCAL LODGE NO. 2545 ) ) ) ) ) | PHILLIPS/GUYTON |
| **Defendants.** ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through counsel, hereby gives notice pursuant to the Federal Rules of Civil Procedure 41(a)(1) of Plaintiff's voluntary dismissal, without prejudice, of this action.

DATED, this 30th day of January, 2008.

                                              RESPECTFULLY SUBMITTED:

                                              /s Michael S. Moschel
                                              Michael Kelley (BPR #14378)
                                              Matthew Scoggins (BPR #23126)
                                              BASS, BERRY & SIMS PLC
                                              900 S. Gay Street, Suite 1700
                                              Knoxville, Tennessee 37919
                                              Telephone: (865) 521-6200
                                              Facsimile: (866) 292-2836

Michael S. Moschel (BPR #16826)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
Telephone: (615) 742-6200
Facsimile: (615) 742-0417

*Attorneys for Plaintiff, International Muffler Company d/b/a Maremont*

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th of January, 2008 a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to

| | |
|---|---|
| Garry Ferraris | W. Gary Kohlman |
| 6130 Lonas Drive | Jeremiah A. Collins |
| Knoxville, TN 37909 | Abigail V. Carter |
| (865) 584-7720 | Bredhoff & Kaiser, P.L.L.C. |
| *Attorneys for Defendants* | 805 15th Street, N.W. |
| | Washington, DC 20008 |
| | (202) 842-2600 |
| | *Attorneys for Defendants* |

All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s Michael S. Moschel